# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

GEORGE R. JARKESY, JR.; PATRIOT28, L.L.C.,
*Petitioners,*

v.

SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

On Petition for Review of an Order of the
Securities and Exchange Commission

## CERTIFICATE LISTING AND DESCRIBING THE DOCUMENTS, TRANSCRIPTS OF TESTIMONY, EXHIBITS AND OTHER MATERIALS IN THE RECORD BEFORE THE SECURITIES AND EXCHANGE COMMISSION

Pursuant to Section 25(a)(2) of the Securities Exchange Act of 1934, 15 U.S.C. 78y(a)(2), and Rule 17 of the Federal Rules of Appellate Procedure, the Securities and Exchange Commission certifies that the documents, transcripts of testimony, exhibits and other materials set forth below comprise the record, as that term is defined in the Commission's rules, *see* 17 C.F.R. §201.460, on which the order under review was entered.

### RECORD OF ACTION OF THE ADMINISTRATIVE PROCEEDINGS

1.  Order Instituting Administrative and Cease & Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933, Sections 15(b)(4), 15(b)(6) & 21C of the Securities Exchange Act of 1934, Sections 203(e), 203(f), and 203(k) of the Investment Advisers Act of 1940, & Section 9(b) of the Investment Company Act of 1940, with Notice of Hearing and party letters, dated 22 March 2013.

2. Order, filed 25 March 2013, scheduling hearing to commence 22 April 2013 and designating ALJ Carol Fox Foelak as presiding judge.

3. Request from Respondents John Thomas Financial ("JFT") and Anastasios "Tommy" Belesis ("Belesis") for extension of time to file Answer, filed 15 April 2013.

4. Order, filed 16 April 2013, granting postponement request by Respondents JFT and Belesis, and ordering Answer to be filed by 30 April 2013, postponing 22 April 2013 hearing, and scheduling a telephonic prehearing conference for 9 May 2013.

5. Answer and Affirmative Defenses of Respondents JFT and Belesis, filed 30 April 2013.

6. Notice of Appearance of attorneys Todd D. Brody and Alix Biel on behalf of Commission's Division of Enforcement ("the Division"), filed 1 May 2013.

7. Email, dated 7 May 2013, from attorney Jason Hopkins to the Division and ALJ Foelak notifying them that Hopkins and attorney Jason Lewis are not representing any Respondent in this matter.

8. Prehearing order, dated 13 May 2013, scheduling hearing for 15 October 2013, ordering that Answers for Respondents John Thomas Capital Management, LLC, d/b/a Patriot28 LLC ("Patriot28") and George R. Jarkesy, Jr. ("Jarkesy") are due 28 June 2013, and scheduling a second telephonic prehearing conference on 23 May 2013.

9. Transcript of 13 May 2013 telephonic prehearing conference, filed 21 May 2013.

10. Prehearing order, filed 23 May 2013.

11. Transcript of 23 May 2013 telephonic prehearing conference, filed 29 May 2013.

12. Notice of appearance of attorneys Karen Cook, Stephen Gleboff, and Stanley Sporkin on behalf of Respondents Patriot28 and Jarkesy.

13. Unopposed motion by Respondents Patriot28 and Jarkesy, filed 25 June 2013, to extend the date by which to file their Answers until 3 July 2013.

14. Letter, dated 27 June 2013, from counsel for Respondents Patriot28 and Jarkesy to Secretary for the Commission confirming that ALJ Foelak has granted Respondents' unopposed motion to extend the date by which to file their Answers until 3 July 2013.

15. Letter, dated 28 June 2013, from counsel for the Division to ALJ Foelak regarding the status of settlement negotiations between Enforcement and the Respondents.

16. Answer and Affirmative Defenses of Respondents Patriot28 and Jarkesy, filed 3 July 2013.

17. Prehearing order, dated 26 July 2013, scheduling hearing to commence on 15 October 2013, ordering that expert reports are due 3 September 2013, that the parties must exchange and file witness and exhibit lists by 16 September 2013, and that the parties must file prehearing briefs by 30 September 2013.

18. Letter from Respondents Patriot28 and Jarkesy requesting an unopposed 90-day continuance of hearing date and prehearing deadlines, dated 23 August 2013.

19. Order by ALJ Foelak, dated 30 August 2013, rejecting 90-day hearing continuance request and permitting hearing to begin in mid-November upon request by the parties.

20. Order by ALJ Foelak, dated 10 September 2013, confirming that hearing will commence on 15 October 2013 because parties failed to propose alternate hearing date.

21. Order by ALJ Foelak, dated 11 September 2013, postponing hearing until 12 November 2013 upon request of the parties.

22. Expert reports of expert witnesses for Respondents Patriot28 and Jarkesy, filed 4 October 2013.

23. Letter, dated 10 October 2013, from the Division, to ALJ Foelak indicating possible settlement with Respondents JTF and Belesis, and requesting stay of hearing scheduled for 12 November 2013.

24. Motion by Respondents Patriot28 and Jarkesy, filed 11 October 2013, to compel production of *Brady* and Jencks Act material; to designate *Brady* and Jencks Act material in voluminous records previously produced; to certify *Brady* and Jencks Act compliance; to designate documents produced in response to subpoenas and document requests; to continue and extend time; and to change the hearing venue.

25. Amended and corrected motion by Respondents Patriot28 and Jarkesy, filed 15 October 2013, to compel production of *Brady* and Jencks Act material; to designate *Brady* and Jencks Act material in voluminous records previously produced; to certify *Brady* and Jencks Act compliance; to designate documents produced in response to subpoenas and document requests; to continue and extend time; and to change the hearing venue.

26. Order by ALJ Foelak, dated 16 October 2013, granting stay of hearing as to Respondents JTF and Belesis to allow the Commission to consider the proposed settlement.

27. Letter, dated 18 October 2013, from Respondents Patriot28 and Jarkesy requesting oral, in-person hearing.

28. Memorandum of law of the Division, filed 22 October 2013, in opposition to Respondents' motion to compel.

29. Reply brief of Respondents Patriot28 and Jarkesy, filed 24 October 2013, in support of their motion to compel.

30. Order by ALJ Foelak, dated 24 October 2013, denying motion by Respondents Patriot28 and Jarkesy to compel.

31. Motion of Respondents Patriot28 and Jarkesy, filed 25 October 2013, to stay hearing pending interlocutory appeal to the Commission of rulings by ALJ Foelak.

32.   Order by ALJ Foelak, dated 25 October 2013, denying request by Respondents Patriot28 and Jarkesy to stay the administrative proceedings pending their interlocutory appeal of ALJ Foelak's adverse rulings.

33.   Witness and exhibit lists of Respondents Patriot28 and Jarkesy, filed 28 October 2013.

34.   Trial Brief of Respondents Patriot28 and Jarkesy, filed 28 October 2013.

35.   Transcript of 24 October 2013 telephonic prehearing conference held before ALJ Foelak, filed 29 October 2013.

36.   Prehearing memorandum for Enforcement, including exhibit list and witness list, filed 30 October 2013.

37.   Petition for interlocutory review with five exhibits, filed by Respondents Patriot28 and Jarkesy, filed 31 October 2013.

38.   Request by the Division for the issuance of subpoenas, filed 1 November 2013.

39.   Amended motion of Respondents Patriot28 and Jarkesy, filed 4 November 2013, to stay hearing pending interlocutory appeal to the Commission of rulings by ALJ Foelak.

40.   Letter from the Division, filed 5 November 2013, opposing petition for interlocutory review filed by Respondents Patriot28 and Jarkesy.

41.   Reply of Respondents Patriot28 and Jarkesy in support of their petition for interlocutory review, filed 5 November 2013.

42.   Revised Exhibit List of the Division, filed 5 November 2013.

43.   Letter, dated 6 November 2013, from Respondents Patriot28 and Jarkesy to ALJ Foelak addressing prehearing matters.

44.   Order by the Commission, filed 8 November 2013, directing additional briefing on petition for interlocutory review.

45.   Request by Respondents Patriot28 and Jarkesy, filed 8 November 2013, for the issuance of subpoenas.

46. Letter from the Division, dated 8 November 2013 (filed 12 November 2013) regarding request to set a date for the parties to exchange exhibits.

47. Letter, dated 12 November 2013, from Respondents to the Commission requesting expedited review of Respondents' interlocutory appeal petition in light of impending administrative proceedings hearing.

48. Second revised exhibit list of the Division, filed 12 November 2013.

49. Supplemental witness list of the Division, filed 12 November 2013.

50. Request by the Division, filed 12 November 2013, for the issuance of a subpoena.

51. Request by Respondents Patriot28 and Jarkesy, filed 12 November 2013, for the issuance of subpoenas with exhibits.

52. Order by ALJ Foelak, filed 12 November 2013, modifying Respondents' witness subpoena requests to exclude production of tax returns and account statements and to exclude items containing confidential information that is irrelevant to their witness testimony, as such production would be unreasonable and oppressive.

53. Notice of appearance of S. Michael McColloch on behalf of Respondents Patriot28 and Jarkesy, filed 13 November 2013.

54. Order by ALJ Foelak, filed 13 November 2013, granting interim stay of hearing pending consideration of Respondents' petition for interlocutory review of ALJ Foelak's rulings.

55. Application by non-party witness Mark von Waaden, filed 14 November 2013, to quash or modify Respondents' subpoena.

56. Unopposed motion by Respondents Patriot28 and Jarkesy, filed 15 November 2013, to extend date to submit brief.

57. Letter, dated 6 November 2013 (filed 15 November 2013), by Respondents regarding several prehearing matters.

58. Order by ALJ Foelak, filed 15 November 2013, denying as moot motion by non-party witness von Waaden.

59. Order by the Commission granting extension of time to file brief and ordering that Respondents Patriot28 and Jarkesy file their supplemental brief in support of their petition for interlocutory review by 20 November 2013 and that the Division file its supplemental brief by 25 November 2013.

60. Supplemental brief by Respondents Patriot28 and Jarkesy, filed 20 November 2013, in support of Respondents' petition for interlocutory review and renewing Respondents' request for oral argument.

61. Supplemental brief by the Division, filed 26 November 2013, opposing petition by Respondents' Patriot28 and Jarkesy for interlocutory review.

62. Application by non-party witness Duane L. Beam, filed 2 December 2013, to discharge or modify Respondents' subpoena.

63. Order of the Commission, pursuant to Sections 15(b)(4), 15(b)(6), and 21C of the Securities Exchange Act of 1934, Section 203(k) of the Investment Advisers Act of 1940, and Section 9(b) of the Investment Company Act of 1940, making findings, imposing remedial sanctions and a cease-and-desist order as to Respondents JTF and Belesis, filed 5 December 2013.

64. Order of the Commission, filed 6 December 2013, denying petition by Respondents Patriot28 and Jarkesy for interlocutory review.

65. Order by ALJ Foelak, filed 30 December 2013, extending deadline for filing initial decision until 17 April 2014.

66. Motion by Respondents Patriot28 and Jarkesy, filed 3 January 2014, seeking disqualification and recusal of the Commission and dismissal of the administrative proceedings against them for violations of the Administrative Procedure Act and of Respondents' Due Process rights.

67. Order by ALJ Foelak, filed 6 January 2014, denying 3 January 2014 motion by Respondents Patriot28 and Jarkesy to disqualify and recuse the Commission and to dismiss the administrative proceedings against them.

68. Request by the Division for re-issuance of hearing subpoenas, filed 7 January 2014.

69. Letter, dated 8 January 2014, from Respondents Patriot28 and Jarkesy to ALJ Foelak requesting that ALJ Foelak submit their motion for disqualification and recusal of the Commission and for dismissal of the administrative proceedings against them to the Commission for consideration.

70. Letter, dated 9 January 2014, from Assistant Secretary to the Commission to counsel for Respondents Patriot28 and Jarkesy regarding attention to the Commission's Rules of Practice.

71. Letter, dated 10 January 2014, from Assistant Secretary to the Commission to ALJ Foelak and Division attorney Todd D. Brody advising them of transmittal of 9 January 2014 letter to counsel for Respondents Patriot28 and Jarkesy.

72. Motion by Respondents Patriot28 and Jarkesy, filed 14 January 2014, for certification of ruling for interlocutory appeal and requesting expedited consideration.

73. Order by ALJ Foelak, filed 14 January 2014, denying certification for interlocutory review.

74. Transcript of 6 January 2014 prehearing conference, filed 15 January 2014.

75. Petition by Respondents Patriot28 and Jarkesy, filed 17 January 2014, seeking interlocutory review of ALJ Foelak's order denying Respondents' motion for disqualification and recusal.

76. Third revised exhibit list of the Division, filed 22 January 2014.

77. Brief of the Division, filed 23 January 2014, opposing petition by Respondents Patriot28 and Jarkesy seeking interlocutory review of ALJ Foelak's order denying Respondents' motion for disqualification and recusal.

78. Letter, dated 23 January 2014, from the Division to Secretary to the Commission opposing petition by Respondents Patriot28 and Jarkesy seeking interlocutory review.

79. Letter, dated 24 January 2014, from Respondents Patriot28 and Jarkesy responding to 23 January 2014 letter from the Division, and amending Respondents' petition for interlocutory review.

80. Second supplemental witness list of the Division, filed 27 January 2014.

81. Request by the Division for the issuance of a subpoena, filed 27 January 2014.

82. Order of the Commission, filed 28 January 2014, denying petition of Respondents' Patriot28 and Jarkesy seeking interlocutory review.

83. Fourth revised exhibit list of the Division, filed 29 January 2014.

84. Transcript of 3 February 2014 hearing (pp.1-278), filed 6 February 2014.

85. Transcript of 4 February 2014 hearing (pp. 279-616), filed 6 February 2014.

86. Transcript of 5 February 2014 hearing (pp. 618-967), filed 7 February 2014.

87. Amended transcript of 4 February 2014 hearing (pp. 279-617), filed 10 February 2014.

88. Transcript of 6 February 2014 hearing (pp. 968-1346), filed 10 February 2014.

89. Transcript of 7 February 2014 hearing (pp. 1347-1543), filed 11 February 2014.

90. Request by Respondents Patriot28 and Jarkesy for the issuance of subpoenas to SEC Custodian of Records and to the Office of the General Counsel, filed 13 February 2014.

91. Order by ALJ Foelak, filed 14 February 2014, denying request by Respondents Patriot28 and Jarkesy for issuance of subpoenas as untimely and unreasonable.

92. Motion by Respondents Patriot28 and Jarkesy, filed 20 February 2014, to quash or deny request for subpoena for Arthur Coffey and objection to calling additional witnesses.

93. Response brief by the Division, filed 21 February 2014, opposing motion by Respondents Patriot28 and Jarkesy to quash subpoena for Arthur Coffey.

94. Order by ALJ Foelak, filed 21 February 2014, issuing subpoena as to Arthur Coffey and setting hearing for 24 February 2014.

95. Third supplemental witness list of the Division, filed 21 February 2014.

96. Notice of address change as to attorney Stephen G. Gleboff, counsel for Respondents, filed 25 February 2014.

97. Transcript of 24 February 2014 hearing (pp. 1544-1952), filed 27 February 2014.

98. Transcript of 25 February 2014 hearing (pp. 1953-2294), filed 27 February 2014.

99. Transcript of 26 February 2014 hearing (pp. 2295-2483), filed 28 February 2014.

100. Order by ALJ Foelak, filed 5 March 2014, scheduling additional hearing sessions, admitting into evidence certain exhibits offered by Respondents Patriot28 and Jarkesy, and scheduling deadlines for the filing of the parties' respective briefs containing proposed findings of fact and conclusions of law.

101. Transcript of 27 February 2014 hearing (pp. 2484-2654), filed 5 March 2014.

102. Transcript of 5 March 2014 telephonic conference, filed 6 March 2014.

103. Transcript of 7 March 2014 hearing (pp. 2655-2827), filed 11 March 2014.

104. Motion to the Commission by Chief Administrative Law Judge Brenda P. Murray, filed 14 March 2014, seeking, pursuant to Commission Rule of Practice 360(a)(3), a six-month extension of time to allow ALJ Foelak to file her initial decision in the administrative proceedings.

105. Transcript of 13 March 2014 hearing (pp. 2828-3052), filed 18 March 2014.

106. Transcript of 14 March 2014 hearing (pp. 3053-3090), filed 18 March 2014.

107. Transcript of 17 March 2014 hearing (pp. 2655-2658), filed 20 March 2014.

108. Letter, dated 21 March 2014, from the Division to ALJ Foelak requesting an additional 10 days to file post-hearing submissions.

109. Order by ALJ Foelak, filed 21 March 2014, granting the Division's request for postponement of the filing deadlines for the parties' respective post-hearing submissions.

110. Filing of all exhibits offered by the Division during the hearing, filed 24 March 2014.

a. Exhibits offered by the Division that were admitted into evidence (Exhibits 103-104, 110-111, 111a, 113-118, 118A, 119, 120, 122, 202, 203-204, 206-211, 214-222, 224, 229a, 230, 234, 235A, 236-240, 242-245, 247-255, 257-263, 301-306, 306a, 306c, 306d, 307, 307a, 308-318, 322, 324-325, 329-330, 333, 337, 340-343, 346-351, 401-406, 414, 418-419, 421, 427, 432-433, 435-436, 440, 442, 444-445, 449, 451, 453, 455-456, 458, 460, 462, 464-466, 468, 470, 472, 476, 478-480, 485-487, 489, 489b, 493, 495, 498, 498a, 498b, 499, 501, 502, 507-509, 511-514, 516-518, 518A, 519-524, 600-647, 649, 652-653, 655, 659-662, 664-665), filed 24 March 2014.

b. Exhibits of the Division that were offered but not admitted into evidence (Exhibits 121, 231, 429, 503-506), filed 24 March 2014.

111. Post-hearing exhibit list of the Division, including documents admitted into evidence and documents offered but not admitted, filed 24 March 2014.

112. Post-hearing exhibit list of Respondents Patriot28 and Jarkesy, filed 24 March 2014.

113. Compact disc labeled "DX202 and DX513, which were inadvertently omitted," filed 26 March 2014.

114. The Division's proposed findings of fact and conclusions of law, filed 8 April 2014.

115. The Division's post-hearing memorandum of law, filed 8 April 2014.

116. Letter, dated 11 April 2014, to ALJ Foelak from Respondents Patriot28 and Jarkesy requesting a two-week extension to file their proposed findings of fact and conclusions of law.

117. Order by ALJ Foelak, filed 11 April 2014, granting request by Respondents Patriot28 and Jarkesy to postpone the filing of their proposed findings of fact and conclusions of law.

118. Order by ALJ Foelak, filed 28 April 2014, stating that the proposed findings of fact and conclusions of law by Respondents Patriot28 and Jarkesy are due 1 May 2014 and that the Division's reply is due 8 May 2014.

119. Letter, dated 7 May 2014, from the Division to ALJ Foelak requesting additional time for the Division to file its reply memorandum.

120. Order by ALJ Foelak, dated 7 May 2014, granting the Division's request for additional time to file its reply memorandum.

121. Division's post-hearing reply memorandum of law, filed 13 May 2014.

122. Response by Respondents Patriot28 and Jarkesy, filed 28 May 2014, to the Division's proposed findings of fact and conclusions of law.

123. Post-hearing memorandum of law by Respondents Patriot28 and Jarkesy, filed 28 May 2014.

124. Post-hearing exhibit list and exhibits offered by Respondents Patriot28 and Jarkesy, filed 8 August 2014.

    a. Exhibits offered by Respondents Patriot28 and Jarkesy that were admitted into evidence (Exhibits 1-9, 11-12, 14, 17-22, 26, 31, 38, 69-70, 138-139, 300-301, 305, 307-313, 315-316, 321-326), filed 8 August 2014.

    b. Exhibits offered by Respondents Patriot28 and Jarkesy that were offered but not admitted into evidence (Exhibits 302, 314, 317-320, 327), filed 8 August 2014.

125. Order by the Commission, dated 13 August 2014, granting motion of Chief Administrative Law Judge Murray a six-month extension to file the initial decision in the administrative proceedings and ordering that the initial decision be filed by 17 October 2014.

126. The Division's withheld document list, filed 17 September 2014.

127. Letter from the Division to ALJ Foelak, dated 17 September 2014, enclosing counter-designations from the testimony of Respondent Belesis, to be added to Respondents' Exhibit 138, and moving again for the admission of Respondents' exhibits 503-506.

128. Exhibit list of ALJ Foelak, filed 17 September 2014.

129. Record Index Prepared by the Office of the Secretary, filed 23 September 2014.

130. Motion by Respondents Patriot28 and Jarkesy, filed 1 October 2014, requesting that the public release of the initial decision be delayed.

131. Order by ALJ Foelak, filed 2 October 2014, denying 1 October 2014 motion by Respondents Patriot28 and Jarkesy.

132. Opposition by the Division, filed 6 October 2014, to 1 October 2014 motion by Respondents Patriot28 and Jarkesy to delay the public release of the initial decision.

133. Order of the Commission, filed 16 October 2014, denying interlocutory review of motion by Respondents Patriot28 and Jarkesy to delay the public release of the initial decision.

134. Initial decision as to Respondents Patriot28 and Jarkesy, filed 17 October 2014.

135. Petition by Respondents Patriot28 and Jarkesy seeking Commission review of the initial decision, filed 7 November 2014.

136. Cross-petition by the Division seeking Commission review of the initial decision, filed 17 November 2014.

137. Order of the Commission, filed 11 December 2014, granting review of the petitions for review and setting a briefing schedule.

138. Motion by Respondents Patriot28 and Jarkesy, filed 13 January 2015, seeking to adduce additional evidence under Commission Rule of Practice 452.

139. Motion by Respondents Patriot28 and Jarkesy, filed 13 January 2015, seeking recusal of the Commission and dismissal of the administrative proceedings.

140. Motion by Respondents Patriot28 and Jarkesy, filed 13 January 2015, seeking to stay the administrative proceedings.

141. Opening brief by Respondents Patriot28 and Jarkesy with attached Exhibit A, filed 14 January 2015.

142. Order of the Commission, filed 20 January 2015, directing Respondents Patriot28 and Jarkesy to file, by 3 February 2015, an additional submission setting forth specific citations supporting each of their exceptions to the initial decision's evidentiary rulings, factual findings, and legal conclusions.

143. Emergency motion by Respondents Patriot28 and Jarkesy, filed 29 January 2015, seeking clarification regarding the Commission's 20 January 2015 order directing an additional submission and, alternatively, for authority to exceed the word limit and for additional time to file.

144. Response by the Division to the emergency motion by Respondents Patriot28 and Jarkesy, filed 30 January 2015.

145. Order of the Commission, filed 30 January 2015, granting Respondents Patriot28 and Jarkesy an extension to file their additional submission by 13 February 2015 and ordering that the remaining deadlines established by the Commission's 11 December 2014 scheduling order are extended by 28 days.

146. Additional submission by Respondents Patriot28 and Jarkesy, filed 13 February 2015.

147. Order of the Commission, filed 20 February 2015, denying motion by Respondents Patriot28 and Jarkesy to stay the administrative proceedings.

148. Motion by the Division, filed 20 February 2015, requesting additional words for its principal brief and brief in response to Respondents' briefs and supplemental submission.

149. Order of the Commission, filed 3 March 2015, granting the Division's request for additional words to respond.

150. The Division's opening brief and response to the opening brief by Respondents Patriot28 and Jarkesy, filed 13 March 2015.

151. Response brief of Respondents Patriot28 and Jarkesy, filed 6 April 2015.

152. Reply brief of the Division, filed 20 April 2015, in support of its opening brief.

153. Notice of withdrawal of counsel Stephen Gleboff for Respondents Patriot28 and Jarkesy, filed 5 June 2015.

154. Motion by Respondents Patriot28 and Jarkesy, filed 30 June 2015, to adduce additional evidence and conduct further discovery, with exhibits.

155. Motion by the Division, filed 6 July 2015, requesting an extension of time to file its response to the motion by Respondents Patriot28 and Jarkesy to adduce additional evidence and conduct further discovery.

156. Order of the Commission, filed 7 July 2015, granting the Division's request for an extension of time and ordering that the Division's response be filed by 20 July 2015.

157. Opposition by the Division, filed 20 July 2015, to the motion by Respondents Patriot28 and Jarkesy to adduce additional evidence and conduct further discovery.

158. Order of the Commission, filed 3 August 2015, granting in part and deferring in part the motion by Respondents Patriot28 and Jarkesy to adduce additional evidence and request additional briefing on the Appointments Clause claim.

159. Unopposed motion by Respondents Patriot28 and Jarkesy, filed 13 August 2015, requesting an extension of time to file their supplemental brief on the Appointments Clause claim.

160. Order of the Commission, filed 14 August 2015, granting the unopposed motion by Respondents Patriot28 and Jarkesy requesting an extension of time.

161. The Division's response to the Commission's 3 August 2015 briefing order on the Appointments Clause claim, filed 28 August 2015.

162. Response by Respondents Patriot28 and Jarkesy to the Commission's 3 August 2015 briefing order on the Appointments Clause claim, filed 28 August 2015.

163. Order of the Commission, filed 30 June 2017, scheduling oral argument for 14 August 2017.

164. Motion by Respondents Patriot28 and Jarkesy, filed 26 July 2017, for clarification regarding the Commission's *In re Pending Administrative Proceedings* stay order and, alternatively, to reschedule the oral argument.

165. Order of the Commission, filed 4 August 2017, cancelling oral argument and ordering that the argument may be rescheduled at a later date.

166. Order by ALJ Foelak, filed 19 December 2017, that pursuant to the Commission's 30 November 2017 remand order that ALJ Foelak "reconsider the record, including all substantive and procedural actions taken," the Division and Respondents Patriot28 and Jarkesy may submit any new evidence relevant to ALJ Foelak's reexamination of the record by 5 January 2018.

167. Letter from the Division to ALJ Foelak, dated 5 January 2018, requesting that ALJ Foelak independently ratify her previous decisions.

168. Submission by Respondents Patriot28 and Jarkesy, dated 5 January 2018 (filed 8 January 2018), in response to the Commission's 30 November 2017 remand order asserting ratification of its prior appointment of administrative law judges.

169. Motion by Respondents Patriot28 and Jarkesy, filed 8 January 2018, to extend filing date by one day.

170. Order of the Commission, filed 8 January 2018, granting motion by Respondents Patriot28 and Jarkesy to extend the filing date.

171. The Division's brief in opposition to 5 January 2018 submission of Respondents Patriot28 and Jarkesy opposing ratification.

172. Order by ALJ Foelak, filed 14 March 2018, ratifying all prior actions except those specifically mentioned.

173. Brief by Respondents Patriot28 and Jarkesy, filed 13 April 2018, in response to the 14 March 2018 order by ALJ Foelak.

174. Order of the Commission, filed 21 June 2018, staying all pending administrative proceedings, including the matter against Respondents Patriot28 and Jarkesy, for 30 days pending further order of the Commission in light of the Supreme Court's decision in *Lucia v. SEC.*

175. Notice, filed 29 June 2018, that the administrative proceedings against Respondents Patriot28 and Jarkesy are stayed in light of the Commission's 21 June 2018 order staying all pending administrative proceedings in light of the Supreme Court's decision in *Lucia v. SEC.*

176. Order of the Commission, filed 20 July 2018, extending the stay of all pending administrative proceedings for an additional 30 days, until August 22, 2018, or until further order of the Commission.

177. Notice from ALJ Foelak, filed 26 July 2018, extending the stay of administrative proceedings against Respondents Patriot28 and Jarkesy for an additional 30 days in light of the Commission's extension of its stay of all pending administrative proceedings in light of the Supreme Court's decision in *Lucia v. SEC.*

178. Order of the Commission, filed 22 August 2018, reiterating its approval of the appointments of administrative law judges; lifting its stay of all pending administrative proceedings, including the matter against Respondents Patriot28 and Jarkesy; remanding those pending administrative proceedings and vacating any prior opinion issued in those matters; and requiring a new hearing in all affected proceedings before an administrative law judge who has not previously participated in the proceeding, unless the parties expressly agree to alternative procedures.

179. Notice from the Chief Administrative Law Judge, filed 23 August 2018, informing the parties of the Commission's 22 August 2018 order.

180. Order by the Chief Administrative Law Judge, filed 12 September 2018, that, post-*Lucia v. SEC*, the administrative proceedings against Respondents Patriot28 and Jarkesy will be re-assigned from ALJ Foelak to ALJ James E. Grimes.

181. Order by ALJ Grimes following reassignment, filed 26 September 2018, that the parties confer and submit a joint proposal for post-reassignment proceedings.

182. Order by ALJ Grimes, filed 17 October 2018, scheduling a telephonic prehearing conference for 26 October 2018.

183. Parties' joint proposal for the conduct and scheduling of the post-reassignment administrative proceedings against Respondents Patriot28 and Jarkesy, filed 8 November 2018.

184. Scheduling order by ALJ Grimes, filed 9 November 2018.

185. Transcript of 26 October 2018 telephonic prehearing conference, pp. 1-32, received 15 November 2018.

186. Objections to the administrative proceeding by Respondents Patriot28 and Jarkesy, filed 15 November 2018.

187. Order by ALJ Grimes, filed 20 November 2018, making corrections to the transcript of the 26 October 2018 telephonic prehearing conference.

188. Amended transcript of 26 October 2018 telephonic prehearing conference, pp. 1-30, received 7 December 2018.

189. The Division's response to the objections of Respondents Patriot28 and Jarkesy to the administrative proceeding, filed 11 December 2018.

190. Respondent's Unopposed Motion for Extension under Commission Rule of Practice 161, received 14 December 2018.

191. Reply of Respondents Patriot28 and Jarkesy to the Division's response to Respondents' objections to the administrative proceeding, filed 17 December 2018.

192. Unopposed motion by Respondents Patriot28 and Jarkesy for the Commission to vacate its remand, to adjudicate the petitions for review, and to issue a final order, filed 17 December 2018.

193. Unopposed motion by Respondents Patriot28 and Jarkesy for ALJ Grimes to stay the remanded administrative proceeding to allow the Commission to resolve the matter, filed 17 December 2018.

194. The Division's response to the motion by Respondents Patriot28 and Jarkesy for ALJ Grimes to stay the remanded administrative proceeding, filed 18 December 2018.

195. The Division's response to the motion by Respondents Patriot28 and Jarkesy for the Commission to vacate its remand, to adjudicate the petitions for review, and to issue a final order, filed 18 December 2018.

196. Order by ALJ Grimes, filed 18 December 2018, staying the remanded administrative proceeding pending the Commission's resolution of the motion

by Respondents Patriot28 and Jarkesy to vacate the remand and rehearing of this matter.

197. Order of the Commission, filed 16 January 2019, staying until further order of the Commission all pending administrative proceedings, including the matter against Respondents Patriot28 and Jarkesy, due to a lapse in appropriations.

198. Order of the Commission, filed 30 January 2019, lifting the stay of all pending administrative proceedings and extending by 14 days due dates for filings originally due between 27 December 2018 and 30 January 2019.

199. Order of the Commission, filed 21 February 2019, vacating, solely as to this proceeding, its 22 August 2018 order directing further ALJ proceedings and setting the petition and cross-petition for review for immediate Commission consideration on the existing record and ordering that the parties may file simultaneous supplemental briefs addressing any additional matters deemed pertinent.

200. Submission by Respondents Patriot28 and Jarkesy, filed 7 March 2019, briefing additional issues to the Commission.

201. The Division's memorandum of law, filed 21 March 2019, opposing the submission by Respondents Patriot28 and Jarkesy briefing additional issues to the Commission.

202. Order by the Commission, filed 21 January 2020, extending time to issue its decision until 6 March 2020.

203. Order by the Commission, filed 5 March 2020, extending time to issue its decision until 6 April 2020.

204. Order by the Commission, filed 6 April 2020, extending time to issue its decision until 6 May 2020.

205. Order by the Commission, filed 5 May 2020, extending time to issue its decision until 5 June 2020.

206. Order by the Commission, filed 5 June 2020, extending time to issue its decision until 6 July 2020.

207.  Order by the Commission, filed 6 July 2020, extending time to issue its decision until 5 August 2020.

208.  Order by the Commission, filed 5 August 2020, extending time to issue its decision until 4 September 2020.

209.  Opinion of the Commission and order imposing remedial sanctions, dated 4 September 2020.

**EXHIBITS OFFERED DURING THE ADMINISTRATIVE PROCEEDING BEFORE ADMINISTRATIVE LAW JUDGE CAROL FOX FOELAK,**

a.  Division Exhibits: Admitted into Evidence ("DX___")

DX 103 – FASB statement of financial accounting standards No. 157.

DX 104 – Accounting series release No. 113.

DX 110 – America West Resources daily price volume chart.

DX 111 – Radiant Oil & Gas, Inc. daily price volume chart.

DX 111a – Radiant Oil & Gas, Inc. daily price volume chart, dated 30 January 2014.

DX 113 – Declarations of business records from Wells Fargo, dated 28 March 2011 and 21 July 2011.

DX 114 – Declarations of business records from MFR, P.C., dated 30 March 2011 and 17 May 2012.

DX 115 – Declaration of business records from AlphaMetrix LLC, dated 20 April 2012.

DX 116 – Declaration of business records from Christiana Trust, dated 18 July 2012.

DX 117 – Declaration of business records from Life Settlement Solutions, Inc., dated 1 July 2011.

DX 118 – Declaration of business records of John Thomas Financial, dated 28 December 2011.

DX 118A – Letters from Robert Bursky, Esq. regarding John Thomas Financial production to the Division, indicating metadata information.

DX 119 – FASB staff position No. FTB 85-4-1.

DX 120 – Complaint seeking temporary restraining order, dated 29 January 2014, filed by Patriot28 and Jarkesy in United States District Court for the District of Columbia.

DX 122 – Investigative testimony excerpts of Jarkesy (*see Del Mar Fin. Svcs, Inc.*, 2003 SEC LEXIS 2538, *1350-51 (Oct. 24, 2003)).

DX 202 – 21 May 2009 audio file.

DX 203 – Transcript for 21 May 2009 audio file (DX 202).

DX 204 – Email, dated 21 May 2009, from tkonstantin@SpectrumGFA.com regarding 21 May 2009 JTBOF podcast.

DX 206 – John Thomas Bridge and Opportunity Fund LP I private placement memorandum, amended and restated limited partnership agreement, subscription booklet, dated 1 June 2007.

DX 207 – John Thomas Bridge and Opportunity Fund LP I subscription booklet of investor Steven Benkovsky.

DX 208 – John Thomas Bridge and Opportunity Fund LP I private placement memorandum addendum, dated 21 August 2007.

DX 209 – Letter, dated 23 August 2007, from Jarkesy to Sandro Pancone.

DX 210 – John Thomas Bridge and Opportunity Fund LP II private placement memorandum, limited partnership agreement, subscription agreement, dated 5 February 2009.

<u>DX 211</u> – John Thomas Bridge and Opportunity Fund sales PowerPoint presentation sent to investor Steven Benkovsky.

<u>DX 214</u> – John Thomas Bridge and Opportunity Fund Quarterly Review, dated 15 January 2008.

<u>DX 215</u> – John Thomas Bridge and Opportunity Fund Quarterly Highlights, dated 15 April 2008.

<u>DX 216</u> – John Thomas Bridge and Opportunity Fund Quarterly Highlights, dated 15 July 2008, with cover email.

<u>DX 217</u> – John Thomas Bridge and Opportunity Fund newsletter, dated 30 June 2008.

<u>DX 218</u> – John Thomas Bridge and Opportunity Fund newsletter, dated 15 October 2008.

<u>DX 219</u> – John Thomas Bridge and Opportunity Fund monthly report, dated 31 March 2009 through 30 April 2009 (Bates F64).

<u>DX 220</u> – John Thomas Bridge and Opportunity Fund monthly report, dated 30 April 2009 through 31 May 2009 (Bates F65).

<u>DX 221</u> – John Thomas Bridge and Opportunity Fund monthly report, dated March 2010 (Bates F75).

<u>DX 222</u> – John Thomas Bridge and Opportunity Fund LP I newsletter with chart, dated 1 October 2007 through August 2008 (Bates F26).

<u>DX 224</u> – John Thomas Bridge and Opportunity Fund LP II newsletter with chart, dated 1 October 2007 through September 2008 (Baste F81).

<u>DX 229a</u> – Email, dated 23 February 2009, from Patty Villa regarding rev PPM.

<u>DX 230</u> – Services agreement from Spectrum Global Fund Administration, dated 13 September 2007 on p.13.

DX 234 – Email, dated 28 March 2012, from Patriot Bridge & Opportunity Fund re: ltr to partners.

DX 235A – Excerpt from DX235 (about which Arthur Coffey testified).

DX 236 – Jarkesy Merchant Capital, investor statements.

DX 237 – Duane Beam, investor statements (REDACTED).

DX 238 – Steven Benkovsky, investor statements (REDACTED).

DX 239 – Email, dated 28 September 2010, from bwoods@spectrumgfa.com re: America West Resources Research report.

DX 240 – Email, dated 25 August 2011, from bwoods@alphametrix360.com re: July 2011 investor statement, with letter to partners dated 24 August 2011 attached.

DX 242 – Email, dated 13 March 2013, from Patriot Bridge & Opportunity Fund re: notice to partners.

DX 243 – Robert Fullhardt, investor statements (REDACTED).

DX 244 – Email, dated 26 October 2009, from Jarkesy re: September 2009 performance graph.

DX 245 – Email, dated 9 November 2010, from Arthur Coffey re: "we need an updated performance chart".

DX 247 – Letter, dated 23 October 2013, from Jarkesy to partners re: Radiant Oil shares.

DX 248 – John Thomas Bridge and Opportunity Fund monthly report, dated August 2010.

DX 249 – John Thomas Bridge and Opportunity Fund LP II partnership book allocation monthly for September through December 2009.

DX 250 – Email, dated 8 July 2010, from bwoods@spectrumgfa.com re: press release.

DX 251 – Jarkesy interview, dated 6 July 2010: Very Bullish on Coal.

DX 252 – Jarkesy interview, dated 13 July 2010: Drastic Increase in Coal Pricing Coming.

DX 253 – Press release, dated 26 May 2010, John Thomas Financial Hires Chief Market Economist Mike Norman.

DX 254 – Examiner.com article, dated 28 August 2010, Is coal a good investment?

DX 255 – Examiner.com article, dated 4 September 2010, Time to re-examine what you think you know.

DX 257 – Email, dated 25 March 2009, from Jarkesy re: Jarkesy February 2009 P&L/Holdings.

DX 258 – Email, dated 21 May 2009, re: DDQ, with due diligence questionnaire attached.

DX 259 – Email, dated 11 June 2010, from Warren Lau re: John Thomas Bridge and Opportunity Fund, with March 2010 monthly report attached.

DX 260 – Email, dated 4 March 2009, from Warren@johnthomascmg.com re: Warren C. Lau, John Thomas Bridge and Opportunity Fund, with newsletter attached.

DX 261 – Email, dated 28 March 2009, from warren Lau re: your email, with newsletter and PowerPoint slide presentation attached.

DX 262 – Email, dated 2 June 2009, from Warren@johnthomascmg.com re: John Thomas Capital Management Group, Warren C. Lau, with newsletter attached.

DX 263 – Email, dated 18 March 2009, from Jarkesy re: "i would like to present the fund for pre market Tuesday, we will have one page handouts printed for brokers".

DX 301 – John Thomas Bridge and Opportunity Fund LP I holdings for 31 October 2007 through 31 August 2011.

DX 302 – John Thomas Bridge and Opportunity Fund LP I holdings for 31 October 2007 through 31 December 2010 (missing certain months).

DX 303 – John Thomas Bridge and Opportunity Fund LP II holdings for 30 September 2009 through 31 August 2011.

DX 304 – John Thomas Bridge and Opportunity Fund LP II holdings for 30 September 2009 through 31 December 2010.

DX 305 – John Thomas Bridge and Opportunity fund holdings, excerpts.

DX 306 – John Thomas Bridge and Opportunity Fund LP I Wells Fargo statement for October 2010.

DX 306a – John Thomas Bridge and Opportunity Wells Fargo statement for August 2010.

DX 306b – John Thomas Bridge and Opportunity Wells Fargo statement for September 2010.

DX 306c – John Thomas Bridge and Opportunity Wells Fargo statement for December 2010.

DX 306d – John Thomas Bridge and Opportunity Wells Fargo statement for January 2011.

DX 307 – John Thomas Bridge and Opportunity Fund KP I Wells Fargo statement for November 2010.

DX 307a – John Thomas Bridge and Opportunity statement for January 2011.

DX 308 – John Thomas Bridge and Opportunity Fund LP I Wells Fargo statement for December 2010.

DX 309 – John Thomas Bridge and Opportunity Fund LP II bank account transaction spreadsheet for 2010.

DX 310 – Radiant Oil & Gas, Inc. Form 10-K for year ending 31 December 2010.

DX 311 – America West Resources, Inc. Form 10-K for year ending 31 December 2010.

DX 312 – America West Resources, Inc. Form 8-K, dated 14 Jul 2011.

DX 313 – Promissory note re: America West Resources, Inc., due 31 July 2011.

DX 314 – Galaxy Media & Marketing Corp. Form S-1/A, dated 11 February 2011.

DX 315 – John Thomas Bridge and Opportunity Fund LP I financial statement, dated 31 December 2008.

DX 316 – John Thomas Bridge and Opportunity Fund LP I financial statements, dated 31 December 2009.

DX 317 – John Thomas Bridge and Opportunity Fund LP I financial statements, dated 31 December 2010.

DX 318 – John Thomas Bridge and Opportunity Fund LP II financial statements, dated 31 December 2010.

DX 322 – Letter, dated 2 February 2011, from Steven Plumb, CFO of Galaxy Media & Marketing Corp. to Jarkesy re: company valuation.

DX 324 – Email, dated 26 October 2010 from Debbie Griffin re: Galaxy Media Shares.

DX 325 – Email, dated 26 October 2010, from Debbie Griffin re: John Thomas Question.

DX 329 – Email, dated 20 October 2010, from Troy Golinghorst re: JTBOF 1 September 2010 Financials.

DX 330 – Email, dated 22 October 2010, from Troy Golinghorst re: Galaxy Media Valuation.

DX 333 – Email, dated 14 February 2011, from Linda Ortiz re: fund financials for Jan.

DX 337 – Email, dated 25 January 2011, from Linda Ortiz to gmartin re: audit-planning questionnaire.

DX 340 – ASB-CX-2 financial materiality worksheet, dated 23 January 2009.

DX 341 – ASB-CX-2 financial materiality worksheet, dated 18 January 2010.

DX 342 – ASB-CX-2 financial materiality worksheet, dated 26 January 2011.

DX 343 – Form 4 from Jarkesy re: G/O International, Inc., dated 21 March 2006 (on p.2).

DX 346 – America West Resources, Inc. Form 10-K for year ending 31 December 2011.

DX 347 – Letter, dated 25 March 2009, from Jarkesy making certain representations to auditors.

DX 348 – America West Resources, Inc. Form 10-Q for the period ending 31 March 2009.

DX 349 – Radiant Oil & Gas, Inc. notification of late filing, Form 12b-25, for the period ending 31 December 2010.

DX 350 – Radiant Oil & Gas, Inc. notification of late filing of Form 10-Q, dated 31 March 2011.

DX 351 – OTCBB system changes, dated 22 February 2011, reflecting on page 2 Radiant Oil & Gas, Inc. is ineligible for quotation on OTCBB due to SEC Rule 15c2-11.

DX 401 – Christiana Trust statement for December 2009.

DX 402 – Christiana Trust statement for April 2010.

DX 403 – Christiana Trust statement for December 2010.

DX 404 – Monthly insurance policy valuations.

DX 405 – Compilation of dates life settlement policies were purchased (CORRECTED).

DX 406 – Confidentiality and non-circumvention agreement between Life Settlement Solutions, Inc. and John Thomas Capital Management Group LLC, dated 3 March 2008.

DX 414 – Email, dated 14 April 2009, from Deborah Lutes re: JTBOF premiums due in May.

DX 418 – Email, dated 13 April 2010, from Patty Villa re: JTBOF May premium payments (archived, with attachments).

DX 419 – Email, dated 1 May 2009, from Steve Boger re: Dec. Review.

DX 421 – Email, dated 22 June 2009, from Steve Boger re: schedule of values.

DX 422 – Email, dated 6 January 2009 from Patty Villa re: policy valuations.

DX 423 – Email, dated 7 January 2009, from Steve@bogerllc.com re: current policies we own.

DX 424 – Email, dated 19 January 2009, from Steve Boger re: policies.

DX 425 – Email, dated 22 January 2009, from Steve Boger re: policies.

<u>DX 426</u> – Email, dated 26 January 2009, from Steve Boger re: Dec. Review.

<u>DX 427</u> – Email, dated 22 June 2009, from Jarkesy re: schedule of values.

<u>DX 432</u> – Email, dated 28 April 2009, from Greg Schmitt re: NPV template-Schwartz.

<u>DX 433</u> – Email, dated 11 February 2010 @ 11:43am, from Greg Schmitt re: NPV template-Schwartz.

<u>DX 435</u> – Monthly income statement for insured Susi Schwartz.

<u>DX 436</u> – Life settlement contract re: Susi Schwarz, dated 13 May 2006.

<u>DX 440</u> – Email, dated 16 April 2009, from Greg Schmitt re: NPV calc for Koperweis, with attachment.

<u>DX 442</u> – Monthly income statement for insured Henry Koperweis.

<u>DX 444</u> – LLBL certificate of review for insured Henry Koperweis, dated 9 April 2009.

<u>DX 445</u> – Life settlement contract re: Henry Koperweis, dated 31 March 2009 (signature page).

<u>DX 449</u> – LLBL certificate of review for insured Charles Wenderoth, dated 3 April 2009.

<u>DX 451</u> – Monthly income statement for insured Rubinson.

<u>DX 453</u> – LLBL certificate of review for insured William J. Rubinson, dated 1 April 2009.

<u>DX 455</u> – Monthly income statement for insured Giles.

<u>DX 456</u> – LLBL certificate of review for insured George E. Giles, dated 9 April 2009.

<u>DX 458</u> – Abacus Settlements LLC life settlement purchase agreement re: George Giles, dated 18 March 2009 (on signature page).

<u>DX 460</u> – Trust Beneficial Interests purchase agreement re: Carl Ludlow insurance, dated 25 January 2008.

<u>DX 462</u> – Trust Beneficial Interests purchase agreement re: Louis Jones insurance, dated 28 September 2007.

<u>DX 464</u> – Ohio National Fin. Svcs. letter, dated 26 August 2010 re: Insured: Joseph Griffin.

<u>DX 465</u> – Ohio National Fin. Svcs letter, dated 16 April 2010 re: Insured: Joseph Griffin, with customer service request attached.

<u>DX 466</u> – Trust Beneficial Interests purchase agreement re: Joseph E. Griffin insurance, dated 28 September 2007.

<u>DX 468</u> – Trust Beneficial Interests purchase agreement re: John Johnson insurance, dated 25 October 2007.

<u>DX 470</u> – Trust Beneficial Interests purchase agreement re: Ronald Taylor insurance, dated 28 September 2007.

<u>DX 472</u> – Trust Beneficial Interests purchase agreement re: Shirlee Davis insurance, dated 28 September 2007.

<u>DX 476</u> – Trust Beneficial Interests purchase agreement re: Isaac W. Lee insurance, dated 20 November 2007.

<u>DX 478</u> – Scenario results for insured Rubinson, dated 7 April 2009.

<u>DX 479</u> – Monthly insurance policy valuations (Bates AM_SEC00080895, et al.).

<u>DX 480</u> – Monthly income statement for insured Henry Koperweis (JTBOF 13173, et al.).

<u>DX 485</u> – Email, dated 16 February 2011, from Linda Ortiz re: JTBOF Fund I – insurance valuation, "please see below".

DX 486 – Email, dated 12 March 2011, from George Martin re: JTBOF Fund 1&2 audit update & outstanding items.

DX 487 – Email, dated 30 May 2012, from Holly Feese to JTBOF, no subject.

DX 489 – Email, dated 9 November 2007, from Steve Boger re: a portfolio i just received.

DX 489b – Email, dated 22 July 2008, from Steve Boger re: "you built some spreadsheets for my analyst to do a qquick [sic] reference on i [sic] lost those files on my computer?"

DX 493 – Email, dated 27 February 2009, from Steve Boger re: cases we reviewed (and rejected).

DX 495 – Ohio National Life Assurance decision re: Joseph Griffin, USDC CDCA, dated 1 December 2010.

DX 498 – Christiana Bank & Trust – JTBOF master trust Excel spreadsheet with transaction dates and amounts (Bates AM_SEC00041029, et al.).

DX 498a – John Thomas Bridge and Opportunity Fund LP trial Balance, dated 31 December 2008.

DX 498b – John Thomas Bridge and Opportunity Fund LP trial balance, dated 31 December 2009.

DX 499 – Email, dated 25 March 2008, from Steve Boger re: 2008 VBT.

DX 501 – Placement agent agreement between John Thomas Bridge and Opportunity Fund and John Thomas Financial, dated 19 July 2007.

DX 502 – John Thomas Capital Management Group website disclaimer.

DX 507 – Email, dated 13 February 2009, from Jarkesy re: "Did you read carefully...."

DX 508 – Email, dated 18 March 2009, from Thomas Belesis re: Amber Ready – 3rd Bridge Financing.

DX 509 – Email, dated 2 March 2010, from Thomas Belesis re: answers.

DX 511 – Email, dated 1 May 2009, from Jarkesy re: AWSR and clients of JTF.

DX 512 – Email, dated 24 September 2009, from Thomas Belesis re: Amber Ready.

DX 513 – Email, dated 17 December 2009, from Thomas Belesis re: proposal.

DX 514 – Email, dated 31 March 2010, from Thomas Belesis re: Amber Ready/CK$!.

DX 516 – Email, dated 27 September 2010, from Charlie Principato re: CFO proposal.

DX 517 – Email, dated 1 October 2010, from Jarkesy re: short term loan.

DX 518 – Email, dated 20 October 2010, from Thomas Belesis re: net payroll & rent.

DX 518A – Email, dated 19 October 2010, from Gary Savage re: Net payroll & rent (excerpt from DX518).

DX 519 – Email, dated 21 October 2010, from Thomas Belesis re: Galaxy Media and Marketing.

DX 520 – Email, dated 21 October 2010, from Steven Plumb re: add'l galaxy wire.

DX 521 – Email, dated 8 November 2010, from Thomas Belesis re: S-1 and No Funding.

DX 522 – Email, dated 11 November 2010 from Thomas Belesis re: revised SPA.

DX 523 – Email, dated 13 February 2009, from Jarkesy re: Bridge Loan Term Sheet ICOP.

DX 524 – Email, date 1 September 2009, from Jarkesy re: Highlights of IB agreement with Hankings and JTF.

DX600 – Email, dated 4 June 2009, from Jarkesy cmg re: explanation of potential better than market returns, with attachments of projected illustration, scenario results, PowerPoint slides.

DX 601 – Boger & Associates engagement letter, dated 5 October 2007.

DX 602 – Press release re: Penny Profilers.

DX 603 – Email, dated 2 February 2011, re: signed agreement (REDACTED).

DX 604 – Document from auditors MFR.

DX 605 – Email, dated 15 March 2008, re: John Thomas Bridge Opportunity Fund tax return scheduling.

DX 606 – Email, dated 8 July 2011, from Gary Savage re: Financing, timing and goig [sic] forward.

DX 607 – Email, dated 3 November 2008, from Arthur Coffey re: follow up to phone call, with May 2008 presentation book attached.

DX 608 – Email, dated 2 June 2009, from Patty Villa re: [no subject] with JTBOF II presentation material.

DX 609 – Email, dated 9 June 2010, from Arthur Coffey re: Conference Call today at 4:10EST.

DX 610 – Email, dated 3 June 2009, from Arthur Coffey, cc warren@johnthomascmg.com re: [no subject] "One disc is fine...."

DX 611 – Email, dated 2 June 2009, from warren@johnthomascmg.com re: John Thomas Capital Management Group, Warren C. Lau with one-page attachment.

DX 612 – Email, dated 9 December 2009, from Arthur Coffey re: JTB&O Fund, LP – Virtual Room.

DX 613 – Email, dated 11 August 2009, from Arthur Coffey re: [no subject]; top line: "Patty have you received a REG D request for a Richard Bretz".

DX 614 – Email, dated 27 August 2009, from Jarkesy cmg re: Questions.

DX 615 – Email, dated 6 August 2010, from Patty Villa cmg re: Updates on investments.

DX 616 – Email, dated 28 September 2010, from Arthur Coffey re: AWSR research report, with report attached.

DX 617 – Subpoena from SEC to JTBOF, dated 3 June 2011, and related materials.

DX 618 – Email, dated 5 March 2009, from Craig Seitel re: John Thomas contracts (Bates JTBOF 17354-55).

DX 619 – Email, dated 3 February 2009, from Craig Seitel re: Case submittal: 2-3-09 (Bates JTBOF 17350-51).

DX 620 – Email, dated 24 February 2009, from Jarkesy re: John Thomas Update (Bates JTBOF 17356-58).

DX 621 – Email, dated 20 January 2009, from Jarkesy re: Ongoing Business (Bates JTBOF 17533-34).

DX 622 – Scenario results re: Giles.

DX 623 – Email, dated 14 February 2011, from Linda Ortiz re: Audit Update (Fund 1&2), with attachments.

DX 624 – Purchase and sale agreement for Evert family trust, dated 21 December 2007.

DX 625 – Schedule 14C for Reddi Brake Supply Corp.

DX 626 – Sahara Media Form 8-K, dated 31 December 2008.

<u>DX 627</u> – Reddi Brake Supply Co. Form 8-K, dated 28 December 2007.

<u>DX 628</u> – Email, dated 8 July 2010, from Brandon Woods re: America West Resources Director Interviewed.

<u>DX 629</u> – Twitter posts from Jarkesy, dated 27 September 2010.

<u>DX 630</u> – Email, dated 29 June 2010, from Adina Heiss re: Mike Norman.

<u>DX 631</u> – Email, dated 12 March 2009, from Thomas Belesis re: JTF Agreement Board Action.

<u>DX 632</u> – Email, dated 10 March 2009, from Merrill cmg re: Advisory Agreement Execution.

<u>DX 633</u> – Email, dated 16 February 2009, from Jarkesy re: WMA 16 February 2009 – weekly meeting agenda.

<u>DX 634</u> – Email, dated 21 July 2009, from Bari Latterman re: JTBOF.

<u>DX 635</u> – Email, dated 4 October 2010, from Thomas Belesis re: [no subject] "Patty please send AWSR research report...."

<u>DX 636</u> – Email, dated 27 March 2009, from Christopher Kalatoudis re: DDQ.

<u>DX 637</u> – Email, dated 16 July 2009, from Patty Villa cmg re: Fund Updates.

<u>DX 638</u> – Email, dated 12 July 2010, from Thomas Belesis re: [no subject] "George this $6500 needs to be wired this morning, thx".

<u>DX 639</u> – Email, dated 21 October 2010, from Thomas Belesis re: Galaxy Wires.

<u>DX 640</u> – Email, dated 11 March 2011, from Thomas Belesis re: [no subject] "WHERES THE REST OF THE MONEY".

DX 641 – Email, dated 14 April 2009, from Jarkesy cmg re: one-pager on fund.

DX 642 – Wells submission of Respondents Patriot28 and Jarkesy.

DX 643 – Email, dated 21 August 2010, from Thomas Belesis re: John Thomas Bridge and Opportunity Fund.

DX 644 – Email, dated 28 January 2009, from Thomas Belesis re: ICOP Digital Appoints New Distributor in Middle East.

DX 645 – Email, dated 14 February 2009, from Kenneth S. Goodwin re: EnterConnect Advisory Agreement, Specific Content.

DX 646 – Email, dated 16 March 2009, from Thomas Belesis re: John Thomas Financial Status.

DX 647 – Email, dated 4 June 2009, from Linda Ortiz re: life insurance valuations for May 2009.

DX 649 – Email, date 23 April 2009, from Harold Haynes re: "Greg, The only cases I have the firm on the hook for...."

DX 652 – Email, dated 27 September 2010 from Jarkesy re: [no subject], with attachments CELEB_PAYMENTS.pdf, etc.

DX 653 – DCF Valuations bearing Bates stamp JTBOF 19001-02.

DX 655 – America West Resources Form 8-K, dated 1 August 2011.

DX 659 – Email, dated 25 March 2009, from Jarkesy re: Jarkesy February 2009 P&L/Holdings.

DX 660 – Email, dated 29 March 2010, from CP <CP@ck41.com> re: Merger.

DX 661 – Email, dated 1 October 2010, from Jarkesy re: FW: Financials.

DX 662 – Email, dated 16 December 2009, from Jarkesy re: FW: JBOF1.

DX 664 – Email, dated 10 November 2010, from Jarkesy re: FW: S-1 and No funding: Why was this memo even sent?

DX 665 – Email, dated 10 March 2010, from Jarkesy re: JTBOF 1 February 2010 Financials.

b.  Division's Exhibits: Offered But Not Admitted into Evidence

DX 121 – Declaration of Michael Osnato re: document production, with attachments (DX113-118).

DX 231 – John Thomas Bridge and Opportunity Fund LP I partnership book allocation for 2007, 2008, 2009, 2010.

DX 429 – Email, dated 9 February 2010, from Sali@mfrpc.com re: audit update insurance.

DX 503 – Lists of funds received and no funds received, handwritten "confidential FOIA request," with spreadsheets attached.

DX 504 – John Thomas Financial receipts from bridge loans.

DX 505 – John Thomas Financial, Inc. Find Report, dated 21 November 2011.

DX 506 – Spreadsheet of trade commissions earned by John Thomas Financial from funds' trades, handwritten "confidential FOIA request".

c.  Respondent's Exhibits: Admitted into Evidence ("RX    ")

RX 1 – Confidential private placement memorandum of John Thomas Bridge and Opportunity Fund, LP II.

RX 2 – Confidential private placement memorandum of John Thomas Bridge and Opportunity Fund, LP II.

RX 3 – Amendment No. 1 confidential private placement memorandum of John Thomas Bridge and Opportunity Fund, LP

RX 4 – Registration rights agreement between Amber Alert Safety Centers, Inc. and John Thomas Bridge and Opportunity Fund, LP.

RX 5 – Amber Alert Safety Centers, Inc. 14% debenture.

RX 6 – Purchase agreement between Amber Alert Safety Centers, Inc. and John Thomas Bridge and Opportunity Fund, LP.

RX 7 – Common stock purchase agreement between Amber Alert Safety Centers, Inc. and John Thomas Bridge and Opportunity Fund, LP.

RX 8 – Security agreement between Amber Alert Safety Centers, Inc. and John Thomas Bridge and Opportunity Fund, LP.

RX 9 – Flow of funds memorandum between Amber Alert Safety Centers, Inc. and John Thomas Bridge and Opportunity Fund, LP.

RX 11 – Radiant Oil & Gas, Inc. Form 8-K/A, dated 14 October 2010.

RX 12 – Radiant Oil & Gas, Inc. Form 8-K, dated 12 November 2010.

RX 14 – Galaxy Media & Marketing Corp. amendment No. 2 to Form S-1, dated 11 February 2011.

RX 17 – Patriot Bridge and Opportunity Fund, LP fund balance sheet, dated 31 December 2011.

RX 18 – Patriot Bridge and Opportunity Fund II, LP fund balance sheet, dated 31 December 2011.

RX 19 – Engagement letter, dated 8 January 2009, from MFR, PC regarding 2008 audit of John Thomas Bridge and Opportunity Fund, LP.

RX 20 – Engagement letter, dated 14 January 2010, from MFR, PC regarding 2009 tax returns of John Thomas Bridge and Opportunity Fund, LP.

RX 21 – Engagement letter, dated 22 December 2010, from MFR, PC regarding 2010 audit of John Thomas Bridge and Opportunity Fund, LP.

RX 22 – Engagement letter, dated 7 February 2011, from MFR, PC regarding 2010 tax returns of John Thomas Bridge and Opportunity Fund, LP.

RX 26 – Valuation analysis of Galaxy Media & Marketing Corporation from Herrera Partners, dated 22 July 2011.

RX 31 – Duane Beam/John Thomas Bridge and Opportunity Fund, LP subscription agreement.

RX 38 – Steven Benkovsky/John Thomas Bridge and Opportunity Fund, LP subscription agreement.

RX 69 – Robert Fullhardt/John Thomas Bridge and Opportunity Fund, LP subscription agreement.

RX 70 – Robert Fullhardt/John Thomas Bridge and Opportunity Fund, LP subscription agreement signature page.

RX 138 – Excerpts from investigative testimony of Anastasios Belesis.

RX 139 – Email from Villa to Umscheid regarding JTBOF, LP II virtual room.

RX 300 – Printout of AlphaMetrix fund services.

RX 301 – Printout of AlphaMetrix fund reporting service.

RX 305 – Email from Ali to Ortiz regarding audit update insurance.

RX 307 – G/O International, Inc. Form 8-K, dated 15 January 1007.

RX 308 – Radiant Oil & Gas, Inc. Form 8-K, dated 17 November 2010.

RX 309 – SEC settlement with Respondent Belesis.

RX 310 – Radiant Oil & Gas, Inc. Form 8-K, dated 14 October 2010.

RX 311 – G/O Business Solutions Form 10-K, dated 31 December 2007.

RX 312 – Complaint in *Gary Savage v. Galaxy Media & Marketing Corp., et al.*

RX 313 – Appeal to U.S. Court of Appeals for the Second Circuit in *Gary Savage v. Galaxy Media & Marketing Corp., et al.*

RX 315 – SEC News Digest, dated 5 December 2013.

RX 316 – KPMG engagement letter, dated 3 February 2009.

RX 321 – Email from Jarkesy to Beaudoin re: the meeting went well in new york [sic], very sharp guy.

RX 322 – Email from Jarkesy to Villa re: DB Account Docs.

RX 323 – Prime Brokerage client agreement.

RX 324 – Deutsche Bank account agreement.

RX 325 – Deutsche Bank new account form.

RX 326 – Email from Jarkesy to Beaudoin re: Nice meeting you + CROCI US + OC.

d. Respondents' Exhibits: Offered But Not Admitted into Evidence

RX 302 – List of AlphaMetrix personnel.

RX 314 – Placement agent agreement, dated 19 July 2007.

RX317 – Clay Mahaffey valuation, dated 8 July 2013.

RX318 – Audit Analytics article: 2012 Going Concerns: A Thirteen Year Review.

DX319 – Reuters article: Auditor "going concern" warnings seen peaking in '09.

DX320 – Wall Street Journal article: Fewer Companies Recovered Last Year After 'Going Concern' Warnings.

DX327 – Affidavit of Anastasios Peter Belesis.

For the Commission, by its Assistant Secretary, pursuant to delegated authority.

_/s/ Jill M. Peterson_

By: Jill M. Peterson
Assistant Secretary

Jill M. Peterson

Dated: December 9, 2020

## CERTIFICATE OF SERVICE

I certify that today, December 10, 2020, a copy of the foregoing certificate listing and describing the documents, transcripts of testimony, exhibits and other materials in the administrative record before the Securities and Exchange Commission was filed with the Court's CM/ECF system, thereby effecting service upon the petitioner.

_/s/ Paul G. Alvarez_
PAUL G. ALVAREZ
Attorney for Respondent,
Securities and Exchange Commission