No. 20-61007

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

GEORGE R. JARKESY, JR.; PATRIOT28, L.L.C.,
Petitioners,

v.

SECURITIES AND EXCHANGE COMMISSION,
Respondent.

On Petition for Review from a Final Order of the
Securities and Exchange Commission

**PETITIONERS' UNOPPOSED MOTION TO EXTEND PAGE LIMITS
FOR OPENING BRIEF**

Petitioners George R. Jarkesy, Jr. and Patriot28 LLC, pursuant to Fifth Circuit Rules 28 and 32 and Federal Rule of Appellate Procedure 32, move this court to extend the page limit for Petitioners' opening brief from 30 to 55 pages. Respondent does not oppose the relief sought herein.

## PROCEDURAL HISTORY

On March 23, 2013, the Respondent, Securities and Exchange Commission ("Respondent" or the "Commission") issued an Order Instituting Proceedings (the

"OIP") in the underlying matter. The OIP was served on the Petitioners in May of 2013. After a contentious discovery period, the administrative proceeding "trial" concluded on March 14, 2014. The SEC's administrative law judge issued her initial decision on October 17, 2014.

Subsequently, Petitioners filed their appeal to the Commission on November 7, 2014. Petitioners advanced numerous complex arguments challenging the constitutionality of the proceedings which will be the subject of this appeal.

On September 4, 2020, approximately 7.5 years after issuing the OIP and almost 6 years after the appeal of the initial decision, the Commission finally issued its opinion and final order. Subsequently, on October 27, 2020, Petitioners filed their petition for review of the Commission's final order with this Court.

## ARGUMENT AND AUTHORITIES

**A.    Standard**

It is within this Court's discretion to set page limits on briefs and grant exceptions to the same. *See* 5th Cir. R. 28, 32; Fed. R. App. P. 32; *see also Unger v. Taylor*, 368 Fed. App's 526, 535 (5th Cir. 2010) (discussing local rules granting a district court discretion to allow motions to exceed page limits); *see generally Servicios Azucareros de Venezuela, C.A. v. John Deere Thibodeaux, Inc.*, 702 F.3d 794, 805 (5th Cir. 2012) (courts have discretion in determining page limitations).

B.  **Petitioners Request an Additional 25 Pages in Their Opening Brief to Address Numerous and Complex Constitutional Issues**

This appeal confronts a series of related, structural constitutional issues relating to the enhanced powers ostensibly conferred upon the SEC by the Dodd-Frank Wall Street Reform and Consumer Protection Act ("Dodd-Frank"),[1] In the wake of Dodd-Frank, the SEC assumed unilateral and unreviewable authority to subject ordinary citizens—not just registered dealers or advisers who consent to Commission jurisdiction—to trials before its administrative tribunals. In this appeal, Petitioners will argue that these amendments effectively contravene separation of powers and non-delegation principles, due process and equal protection rights, and jury trial rights guaranteed by the Seventh Amendment. This appeal will also raise a due process challenge to the SEC's entry of factual findings against the Petitioners in advance of their administrative hearing and a challenge to the dual layers of tenure protection enjoyed by the SEC's administrative law judges.

Several of Petitioners' critical constitutional claims are issues of first impression. These issues involve extensive legislative histories documenting changes to the various securities laws and the subsequent interpretation of the same by the SEC. Additionally, it is necessary to address significant case law history especially in connection with the non-delegation, separation of powers and Seventh

---

[1] Pub. L. No. 111-203, § 929-Z, 124 Stat. 1376, 1871 (2010).

Amendment issues. To fully and faithfully address these significant constitutional issues, Petitioners request an additional 25 pages for their opening brief.

Respondents do not oppose the relief sought herein. Additionally, Petitioners consent to expanding Respondent's pages by a like amount for its own opening brief.

Respectfully Submitted,

By: /s/ *Karen Cook*

**Karen Cook, Esq.**
Karen Cook, PLLC
E-mail: karen@karencooklaw.com
Phone: 214.643.6054
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Fax: 214.295.9556

**S. Michael McColloch, Esq.**
S. Michael McColloch, PLLC
E-mail: smm@mccolloch-law.com
Phone: 214.643.6055
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Fax: 214.295.9556

Counsel for Patriot28 LLC and George Jarkesy, Jr.

## CERTIFICATE OF CONFERENCE

The undersigned conferred with counsel for the U.S. Securities and Exchange Commission ("SEC") via electronic mail on January 29, 2021, which counsel expressed that the SEC is unopposed to the relief requested herein.

                                                 */s/ Karen Cook*
                                                    Karen Cook, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2021, the foregoing document was served on the parties of record via the Court's Electronic Case Filing system.

                                                 */s/ Karen Cook*
                                                    Karen Cook, Esq.