# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 01, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-61007   Jarkesy v. Sec
                   Agency No. 3-15255

The court has taken the following action in this case:

The Court has granted Petitioners' Motion to File Brief in Excess Pages. The brief shall not exceed 55 pages.


                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Whitney M. Jett, Deputy Clerk
                             504-310-7772

Mr. Daniel J. Aguilar
Mr. Paul Gerard Alvarez
Ms. Karen L. Cook
Mr. Brent J. Fields
Mr. Dominick V. Freda
Mr. S. Michael McColloch