No. 20-61007

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

GEORGE R. JARKESY, JR., PATRIOT28, L.L.C.,
Petitioners,

v.

SECURITIES AND EXCHANGE COMMISSION,
Respondent.

On Petition for Review of an Order of the Securities
and Exchange Commission

**PETITIONERS' UNOPPOSED EMERGENCY MOTION FOR EXTENSION**

S. MICHAEL MCCOLLOCH, PLLC
**S. Michael McColloch**
E-mail: smm@mcColloch-law.com
Phone: 214.643.6055
KAREN COOK, PLLC
**Karen L. Cook**
E-mail: karen@karencooklaw.com
Phone: 214.643.6054
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Fax: 214.295.9556

Attorneys for Petitioners

Petitioners George R. Jarkesy, Jr. and Patriot28, LLC file this Unopposed Emergency Motion for Extension due to winter storm conditions and a state of emergency declared in Texas. Petitioners' opening brief is due on February 18, 2021, and they seek an extension of four business days until February 24, 2021 to file their brief.

Due to ongoing power outages, ongoing rolling blackouts, interruptions in internet and cell phone access, office closures and other consequences of the current winter storms in Texas, Petitioners' Dallas-based counsel have been prevented from completing their work on their opening brief. The temperatures are projected to rise above freezing by Saturday, February 20, 2021, which Petitioners' anticipate will reduce the demand and assist in stabilizing the supply of electricity.

Petitioners seek this emergency extension recognizing that the Court discourages extensions, and assures the Court that the need has been caused by circumstances beyond the control of Petitioners.

Counsel for the Commission have consented to the extension due to the severity of conditions.

Respectfully submitted,

*/s/ S. Michael McColloch*

S. MICHAEL MCCOLLOCH, PLLC
**S. Michael McColloch**
E-mail: smm@mcculloch-law.com
Phone: 214.643.6055

1

Karen Cook, PLLC
**Karen L. Cook**
E-mail: karen@karencooklaw.com
Phone: 214.643.6054
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Fax: 214.295.9556

Attorneys for Petitioners

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 17, 2021, an electronic copy of the foregoing document was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/EFC filing system and that service will be accomplished using the appellate CM/ECF system.

*/s/ S. Michael McColloch*