# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

March 11, 2021

Mr. S. Michael McColloch
S. Michael McColloch, P.L.L.C.
6060 N. Central Expressway
Suite 500
Dallas, TX 75206

    No. 20-61007   Jarkesy v. Sec
                      Agency No. 3-15255

Dear Mr. McColloch,

The following pertains to the petitioners' brief electronically filed on March 10, 2021.

The petitioners' brief is insufficient for the following reasons and must be corrected within the next **14 days**:

1. The individual sentences in the Statement of the Issues Presented for Review section are single-spaced, which is unacceptable. Those sentences must be double-spaced (See FED. R. APP. P. 32(a)(4)).

2. The Certificate of Compliance must be edited to list the word count of the brief (See FED. R. APP. P. 32(g)). Please ensure that the Jurisdictional Statement & Statement of Issues Presented for Review sections are included in the word court (See FED. R. APP. P. 32(f)).

3. The brief exceeds the 55-page limit authorized in the Court order issued February 1, 2021. Please be advised that the body of the brief begins at the Jurisdictional Statement through the Conclusion; and that content totals 56 pages. Counsel must choose from the following options-

    a. Either reduce the brief content;

    b. Or, electronically file a motion for leave to file a 56-page brief. **Note:** If you choose this option, then you may await the Court's ruling on the motion before correcting the other 2 brief deficiencies mentioned in this letter.

**If you choose option 3.a., then once the proposed sufficient brief is prepared (including corrections to the other 2 brief deficiencies mentioned in this letter), then you must**

**electronically file the proposed sufficient brief by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Failure to timely docket the Proposed Sufficient Brief event may result in the dismissal of the petition for review pursuant to 5TH CIR. R. 42.3.

The respondent's brief deadline has not yet been set in this case. The respondent's brief deadline will be set upon either the Court's acceptance of petitioners' proposed sufficient brief; or upon the granting of a motion to allow the petitioners to file a 56-page brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Daniel J. Aguilar
    Mr. Paul Gerard Alvarez
    Ms. Karen L. Cook
    Mr. Dominick V. Freda