# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 11, 2021

Mr. S. Michael McColloch
S. Michael McColloch, P.L.L.C.
6060 N. Central Expressway, Suite 500
Dallas, TX 75206

No. 20-61007   Jarkesy v. Sec
               Agency No. 3-15255

Dear Mr. McColloch,

On March 10, 2021, we received the petitioners' document entitled "Record on Appeal," which the Court has construed as the petitioners required Record Excerpts.

In light of the fact that the incorrect docket event of "Electronic Administrative Record Filed" was used to file the record excerpts, we are taking no action on the incorrect docket event, nor the document attached thereto.

To remedy the default, the record excerpts must be electronically filed within the next **14 days**, by using the correct docket event of "Record Excerpts Filed," which is found under the "Briefs" category **(See below P.S.)**.

Failure to timely remedy the default may result in the petition for review being dismissed without further notice pursuant to 5ᵀᴴ Cɪʀ. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:  Mr. Daniel J. Aguilar
     Mr. Paul Gerard Alvarez
     Ms. Karen L. Cook
     Mr. Dominick V. Freda

**P.S. to Mr. McColloch:** Although the Court is taking no action on the incorrectly filed record excerpts, the Court still took the liberty of reviewing the document. The following deficiencies were found and must be corrected before the record excerpts are properly electronically filed:

1. The title on the front cover page must be changed from "Record on Appeal" to "Record Excerpts" (See 5ᵀᴴ Cɪʀ. R. 30.1.7(d)).

2. The documents listed in the Table of Contents must be numbered, i.e., 1. Opinion…, 2. Certificate of Electronic Compliance, etc. (See 5ᵀᴴ Cɪʀ. R. 30.1.7(a)).

3. The record excerpts are not tabbed as required by 5ᵀᴴ Cɪʀ. R. 30.1.7(c). For the electronic version of the record excerpts, inserting tabs requires adding a page between each document in the record excerpts. The page must be labeled to correspond to the number assigned to the documents in the Table of Contents, i.e., Tab 1, Tab 2, etc.