No. 20-61007

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

GEORGE R. JARKESY, JR. AND PATRIOT28, L.L.C.,
Petitioners,

v.

SECURITIES & EXCHANGE COMMISSION,
Respondent.

On Petition for Review from a Final Order of the
Securities and Exchange Commission

# PETITIONERS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF EXCEEDING PAGE LIMITS BY TWO PAGES

Petitioners George R. Jarkesy, Jr. and Patriot28 LLC, pursuant to Fifth Circuit Rules 28 and 32, Fed. R. App. Pro. 32, and Clerk's letter dated March 11, 2021, move this court for leave to file their opening brief in excess of the previously-ordered page limitations by two pages, from 55 to 57 pages.

## PROCEDURAL HISTORY

In this Petition for Review from a Final Order of the Securities and Exchange Commission in an administrative proceeding, Petitioners timely filed their principal

brief on March 10, 2021. (Dkt. 00515774862). Pursuant to a previous order, the page limits for Petitioners' brief was expanded to 55 pages. (Dkt. 00515727571). Due to a clerical error by Petitioners that excluded the Jurisdictional Statement and Statement of the Issues from the numbered pages comprising the body of the brief, the Clerk's Office notified Petitioners on March 11, 2021, that the brief exceeded the 55-page limit. The Clerk's Office further advised that a corrected brief must be submitted by March 25, 2021, either through reduction in content or a motion to expand the page limits to conform to the length of the brief's current contents, as corrected.

## ARGUMENT AND AUTHORITIES

**A.     Standard**

It is within this Court's discretion to set page limits on briefs and grant exceptions to the same. *See* 5th Cir. R. 28, 32; Fed. R. App. P. 32; *see also Unger v. Taylor*, 368 Fed. App's 526, 535 (5th Cir. 2010) (discussing local rules granting a district court discretion to allow motions to exceed page limits); *see generally Servicios Azucareros de Venezuela, C.A. v. John Deere Thibodeaux, Inc.*, 702 F.3d 794, 805 (5th Cir. 2012) (courts have discretion in determining page limitations).

**B.     Petitioners Request an Additional 2 Pages for Their Opening Brief**

This appeal confronts a series of related constitutional issues of first impression relating to the enhanced powers conferred upon the SEC by the Dodd-

Frank Wall Street Reform and Consumer Protection Act, Pub. L. No. 111-203, 124 Stat. 1376, 1871 (2010). These issues involve, *inter alia,* extensive legislative histories documenting changes to the various securities laws and the subsequent application of the same by the SEC, and discussion of complex and evolving standards relating to the contours of Article III jurisdiction and the applicability of the Seventh Amendment to Article I assignments by Congress. Any deletions from the arguments and authorities as originally submitted will hinder a full articulation of the issues, and a two-page increase is preferable in order to maintain the integrity of the presentation of these constitutional challenges. A two-page increase is only requested for the purpose of properly correcting the technical errors noted by the Clerk's Office and not for the supplementation of the arguments.

Moreover, Respondent does not oppose the relief sought herein.

## **PRAYER**

Petitioners respectfully request that the Court grant leave for the filing of Petitioner's opening brief at a length of 57 pages.

Respectfully Submitted,
By: __/s/ Karen Cook__

**Karen Cook, Esq.**
Karen Cook, PLLC
E-mail: karen@karencooklaw.com
Phone: 214.643.6054

6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Fax: 214.295.9556

**S. Michael McColloch, Esq.**
S. Michael McColloch, PLLC
E-mail: smm@mccolloch-law.com
Phone: 214.643.6055
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Fax: 214.295.9556

Attorneys for Petitioners Patriot28 LLC and George R. Jarkesy, Jr.

## CERTIFICATE OF CONFERENCE

The undersigned conferred with counsel for the Respondent U.S. Securities and Exchange Commission ("SEC") via telephone on March 12, 2021, which counsel expressed that the SEC is unopposed to the relief requested herein.

                                        */s/ Karen Cook*
                                        Karen Cook, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2021, the foregoing document was served on the parties of record via the Court's Electronic Case Filing system.

                                                    */s/ Karen Cook*
                                                    Karen Cook, Esq.

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A), 32(g)(1) and 5th Cir. R. 32.2, because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document has 476 words, as counted by a word processor, which does not exceed the 5,200-word maximum.

                                                    */s/ Karen Cook*
                                                    Karen Cook, Esq.