# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 17, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-61007   Jarkesy v. Sec
                  Agency No. 3-15255

The court has granted petitioners' unopposed motion for leave to file the petitioners' brief in excess pages, but not to exceed 57 pages.

Please refer to the Court's brief deficiency notice issued March 11, 2021, to correct the remaining brief deficiencies. The sufficient brief deadline has been extended until March 31, 2021. However, the petitioners' record excerpts remain due to be electronically filed by March 25, 2021.

Further, the respondent's brief due deadline has now been set in this case. The respondent's brief is due to be electronically filed by April 16, 2021.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Daniel J. Aguilar
Mr. Paul Gerard Alvarez
Ms. Karen L. Cook
Mr. Dominick V. Freda
Mr. S. Michael McColloch