# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 19, 2021

Mr. Samuel Wollin Cooper
Paul Hastings L.L.P.
600 Travis Street
58th Floor
Houston, TX 77002-0000

    No. 20-61007   Jarkesy v. SEC
                     USDC No. 3-15255

Dear Mr. Cooper,

Appearance forms require either an original signature in the signature line or **"s/name"** by attorneys filing under their own CM/ECF login.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Burke Fenerty, Deputy Clerk
504-310-7624