# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| GEORGE R. JARKESY, JR. AND PATRIOT28, L.L.C., | ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) ) No. 20-61007 |
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) ) |
| Respondent. | ) ) |

## UNOPPOSED REQUEST FOR LEVEL ONE EXTENSION OF TIME (30 DAYS) TO FILE BRIEF OF RESPONDENT

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4.3.1, respondent, the Securities and Exchange Commission, respectfully requests a 30-day extension of time, to and including May 17, 2021, for filing its answering brief. Counsel for petitioners has authorized us to state that this request is unopposed.

1. Petitioners' opening brief was initially due January 19, 2021. Petitioners received an extension of time to February 18, 2021, another extension of time to February 24, 2021, and another extension of time to March 10, 2021. Petitioners timely filed their opening brief pursuant to this last extension.

2.  The government's brief is currently due April 16, 2021, and the government has not previously sought an extension of time.

3.  Good cause exists for the requested 30-day extension.  Petitioners challenge an adverse order issued by the Securities and Exchange Commission, which determined that that petitioners had violated the securities laws.  Petitioners raise a number of constitutional challenges to the administrative enforcement proceeding, including claims under the Seventh Amendment, the nondelegation doctrine, equal protection, due process, and the separation of powers.  Those constitutional challenges implicate the interests of adjudicative systems employed by other federal agencies.  Accordingly, after consultation with the Commission, the Department of Justice will be taking primary responsibility in drafting the answering brief, and accordingly requires additional time to prepare a brief that addresses petitioners' constitutional challenges.

4.  In addition to diligently preparing for and drafting the answering brief in this case, undersigned counsel is responsible for preparing briefs in *Scottsdale Research Inst. v. DEA*, No. 21-70118 (9th Cir.) (May 10, 2021); *Craker v. DEA*, No. 21-1055 (1st Cir.) (May 12, 2021); and presenting oral argument in *Judge Rotenberg Center v. FDA*, Nos. 21-1087, 20-1088 (D.C. Cir.) (Apr. 23, 2020).  Since petitioners' opening brief was filed,

undersigned counsel has also spent several days caring for ill family members.

     5.  A 30-day extension of time would put the brief's due date on Sunday, May 16, 2021.  Under Federal Rule of Appellate Procedure 26(a)(1)(C), the period to file the brief would continue to the next day, Monday, May 17, 2021.

     For these reasons, we respectfully request a 30-day extension of time to file the answering brief, up to and including May 17, 2021.

                                        Respectfully submitted,

                                        */s/ Daniel Aguilar*
                                        DANIEL AGUILAR
                                            *(202) 514-5432*
                                            *Attorney, Appellate Staff*
                                            *Civil Division, Room 7266*
                                            *U.S. Department of Justice*
                                            *950 Pennsylvania Ave., N.W.*
                                            *Washington, D.C.  20530*

March 26, 2021

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d). This motion contains 372 words.

I further certify that I conferred with counsel for the plaintiff-appellant, who do not oppose the requested extension.

<i><u>/s/ Daniel Aguilar</u></i><br>
Daniel Aguilar