# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 08, 2021

Mr. Daniel J. Aguilar
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Samuel Wollin Cooper
Paul Hastings L.L.P.
600 Travis Street
58th Floor
Houston, TX 77002-0000

Ms. Margaret A. Little
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Mr. S. Michael McColloch
S. Michael McColloch, P.L.L.C.
6060 N. Central Expressway
Suite 500
Dallas, TX 75206

Mr. Russell Ryan
King & Spalding, L.L.P.
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006

     No. 20-61007   Jarkesy v. SEC
                           Agency No. 3-15255

Dear Mr. Aguilar, Mr. Cooper, Ms. Little, Mr. McColloch, and Mr. Ryan,

The Court is at this time requesting paper copies of the following documents within the next **5 days**:

**Paper Copy Requests for Petitioners**-

1. You must submit **7 paper copies** of the petitioners' brief electronically filed March 10, 2021 (See **5TH CIR. R.** 31.1). Blue front covers are required. Back covers are also required & may be any color.

2. You must submit **4 paper copies** of the petitioners' record excerpts electronically filed March 24, 2021 (See **5TH CIR. R.** 30.1.2). White front covers are required. Back covers are also required & may be any color.

   **Note**: We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edges of the record excerpts pages to facilitate easy identification and review of tabbed documents (See **5TH CIR. R.** 30.1.7(c)).

3. You must submit **7 paper copies** of the petitioners' reply brief electronically filed June 7, 2021 (See **5TH CIR. R.** 31.1). Gray front covers are required. Back covers are also required & may be any color.

4. You must submit **one (1) paper copy** of the Appendix electronically filed June 9, 2021. A white front cover is required. A back cover is also required & may be any color.

**Paper Copy Request for Respondent**-

- You must submit **7 paper copies** of the respondent's brief electronically filed May 17, 2021 (See **5TH CIR. R.** 31.1). Red front covers are required. Back covers are also required & may be any color.

**Paper Copy Requests for Amicus Briefs**-

1. For amicus Cato Institute, you must submit **7 paper copies** of your amicus brief electronically filed March 17, 2021 (See **5TH CIR. R.** 31.1). Green front covers are required. Back covers are also required & may be any color.

2. For amici Mr. Mark Cuban, Mr. Phillip Goldstein and Mr. Nelson Obus, you must submit **7 paper copies** of your amicus brief electronically filed May 7, 2021 (See **5TH CIR. R.** 31.1). Green front covers are required. Back covers are also required & may be any color.

3. For amicus New Civil Liberties Alliance, you must submit **7 paper copies** of your amicus brief electronically filed May 7, 2021 (See **5TH CIR. R.** 31.1). Green front covers are required. Back covers are also required & may be any color.

Failure to timely provide the appropriate number of paper copies may result in disciplinary action.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Paul Gerard Alvarez
    Ms. Karen L. Cook
    Mr. Dominick V. Freda
    Ms. Amanda Mundell
    Mr. Joshua Marc Salzman

**P.S. to All Counsel:** The paper copies of the briefs and record excerpts cannot contain a header noting "RESTRICTED". DO NOT print your paper copies from the proposed sufficient brief or proposed sufficient record excerpts docket events. All paper copies must be printed from the docket events referenced above. Alternatively, you may print paper copies directly from the sufficient documents saved in your office file, without any header.