# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE                                                                   TEL. 504-310-7700
CLERK                                                                               600 S. MAESTRI PLACE,
                                                                                              Suite 115
                                                                                   NEW ORLEANS, LA 70130

July 13, 2021

Ms. Margaret A. Little
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

     No. 20-61007     Jarkesy v. SEC
                         USDC No. 3-15255

Dear Ms. Little,

The paper copies of your amicus briefs require the following corrections within the next 5 days.

We received paper copies of your insufficient amicus brief. You must send us paper copies of the sufficient brief.


                                         Sincerely,

                                         LYLE W. CAYCE, Clerk

                                         /s/ Dawn Shulin
                                         By: _____
                                         Dawn M. Shulin, Deputy Clerk
                                         504-310-7658

cc:     Mr. Daniel J. Aguilar
        Mr. Paul Gerard Alvarez
        Ms. Karen L. Cook
        Mr. Samuel Wollin Cooper
        Mr. Dominick V. Freda
        Mr. S. Michael McColloch
        Ms. Amanda Mundell
        Mr. Russell Ryan
        Mr. Joshua Marc Salzman