# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 18, 2022

Lyle W. Cayce
Clerk

—————

No. 20-61007

—————

GEORGE R. JARKESY, JR.; PATRIOT28, L.L.C.,

*Petitioners,*

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

———————————————————

Petition for Review of an Order
of the United States Securities and Exchange Commission
No. 3-15255

———————————————————

Before DAVIS, ELROD, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petition of George R. Jarkesy, Jr. and Patriot28, L.L.C. for review of a final order of the Securities and Exchange Commission and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is GRANTED. The decision of the Securities and Exchange Commission is VACATED, and the cause is REMANDED to the Securities and Exchange Commission for further proceedings in accordance with the opinion of this court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

W. Eugene Davis, *Circuit Judge*, dissenting.