# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 08, 2022

Mr. S. Michael McColloch
S. Michael McColloch, P.L.L.C.
6060 N. Central Expressway
Suite 500
Dallas, TX 75206

    No. 20-61007   Jarkesy v. SEC
                        Agency No. 3-15255

Dear Counsel:

Please be advised that the court has requested Petitioners file a response to Respondent's petition for rehearing en banc. The response is due to be filed in this office on or before July 18, 2022.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Dantrell L. Johnson, Deputy Clerk
                                      504-310-7689

cc:
    Mr. Daniel J. Aguilar
    Mr. Paul Gerard Alvarez
    Ms. Karen L. Cook
    Mr. Samuel Wollin Cooper
    Mr. Dominick V. Freda
    Ms. Margaret A. Little
    Ms. Amanda Mundell
    Mr. Russell Ryan
    Mr. Joshua Marc Salzman