# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 9, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Securities and Exchange Commission
v. George R. Jarkesy, Jr., et al.
No. 22-859
(Your No. 20-61007)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 8, 2023 and placed on the docket March 9, 2023 as No. 22-859.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst

