# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 12, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: George R. Jarkesy, Jr., et al.
         v. Securities and Exchange Commission
         No. 22-991
         (Your No. 20-61007)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 10, 2023 and placed on the docket April 12, 2023 as No. 22-991.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst

