# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 03, 2023

Mr. Michael A. Conley, Solicitor
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

    No. 20-61007   Jarkesy v. SEC
                         Agency No. 3-15255

Dear Mr. Conley, Solicitor,

We have received the Supreme Court order denying certiorari as to Petitioners' writ, No. 22-991. We previously sent you the judgment issued as mandate. Respondent's writ, No. 22-859, remains.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Whitney M. Jett, Deputy Clerk
                                      504-310-7772