# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 03, 2023

Mr. Michael A. Conley, Solicitor
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

    No. 20-61007   Jarkesy v. SEC
                        Agency No. 3-15255

Dear Mr. Conley, Solicitor,

Enclosed is a copy of the Supreme Court order granting certiorari as to Respondent's writ, No. 22-859.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Whitney M. Jett, Deputy Clerk
                                        504-310-7772

cc:
    Mr. Daniel J. Aguilar
    Mr. Paul Gerard Alvarez
    Ms. Karen L. Cook
    Mr. Samuel Wollin Cooper
    Mr. Dominick V. Freda
    Ms. Margaret A. Little
    Mr. S. Michael McColloch
    Ms. Amanda Mundell
    Mr. Russell Ryan
    Mr. Joshua Marc Salzman