# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

August 27, 2024

Mr. Paul Gerard Alvarez
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Mr. S. Michael McColloch
S. Michael McColloch, P.L.L.C.
6060 N. Central Expressway
Suite 500
Dallas, TX 75206

No. 20-61007   Jarkesy v. SEC
               Agency No. 3-15255

Dear Counsel:

Please be advised that the court has requested simultaneous letter briefs from the parties not exceeding 3 pages addressing whether, in light of the Supreme Court's decision in this case, there are remaining proceedings before the Fifth Circuit or whether the case should be remanded to the agency.

The simultaneous letter briefs should be filed in this office on or before September 10, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. Daniel J. Aguilar
     Ms. Karen L. Cook
     Mr. Samuel Wollin Cooper
     Mr. Dominick V. Freda
     Ms. Margaret A. Little
     Ms. Amanda Mundell
     Mr. Russell Ryan
     Mr. Joshua Marc Salzman