

U.S. Department of Justice
Civil Division

Tel: 202-532-4747

VIA CM/ECF

September 10, 2024

Lyle W. Cayce, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

RE: *Jarkesy v. SEC*, No. 20-61007

We write to respond to the Court's August 27 order about further proceedings in this case. On October 18, 2022, the Court issued its opinion and judgment, which "VACATE[D] the decision of the SEC and REMAND[ED] for further proceedings consistent with this opinion." *Jarkesy v. SEC*, 34 F.4th 446, 466 (5th Cir. 2022); *accord* Dkt. No. 123 (judgment). The Supreme Court then granted certiorari and affirmed this Court's judgment, holding that the SEC's civil penalty action here implicated the Seventh Amendment and was not covered by the public rights doctrine. *SEC v. Jarkesy*, 144 S. Ct. 2117, 2139 (2024). The Supreme Court "remanded for further proceedings consistent with this opinion." *Id.*

This Court vacated the SEC's decision and remanded to the agency, a judgment that the Supreme Court affirmed. Accordingly, there is no need for further proceedings in this Court and the case should be remanded to the agency.

Sincerely,

/s/ *Daniel Aguilar*
Daniel Aguilar
Counsel for the Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system, which will serve all counsel of record.

/s/ *Daniel Aguilar*
DANIEL AGUILAR

## CERTIFICATE OF COMPLIANCE

I certify that this letter complies with the Court's order of August 27, 2024, because it is no more than 3 pages in length.

/s/ *Daniel Aguilar*
DANIEL AGUILAR